IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **MICHAEL ANTHONY LORUSSO**<br>**#345454** | **PLAINTIFF** |
| v. | Case No. 4:22-cv-01209-KGB |
| **WAL-MART COMPANY** | **DEFENDANT** |

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Michael Anthony LoRusso's complaint is dismissed without prejudice. The Court denies the requested relief.

So adjudged this 20th day of January, 2023.

_____
Kristine G. Baker
United States District Judge